**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>FRANCISCO MARQUEZ-GARCIA, PAMELA LAFAVOR, JORGE GASTELUM, ASTOLFO MANUEL MENDOZA-QUINTANA, JESSIE PEREZ, NIBARDO QUEZADA, ROBERT BARNES, AND JOSE VEGA,<br><br>Defendants | Case No. 2:23-cr-00206-CDS-~~BNW~~ DJA<br><br>**Order to Unseal Legal Process** |

Based upon motion of the Government, and good cause appearing therefore, the court finds good cause to unseal the below matters so they may be provided in discovery. Thus, the court orders the cause numbers identified below and any documentation filed therein unsealed:

| Case Number | In the Matter of: |
|---|---|
| 2:22-mj-812-BNW | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 702-245-3987 |

| Case Number | In the Matter of: |
|---|---|
| 2:22-mj-983-VCF | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, ON CELLULAR TELEPHONE NUMBER (702) 245-3987 |
| 2:23-mj-00266-EJY | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLLAR TELEPHONE NUMBER 702-782-8837 |
| 2:23-mj-00304-DJA | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE FOR TELEPHONE NUMBER (702) 245-3987 |
| 2:23-mj-00377-NJK | IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AND ORDER AUTHORIZING THE INSTALLATION, MAINTENANCE, MONITORING, AND REMOVAL OF A MOBILE TRACKING DEVICE ON A WHITE 2002 HONDA CIVIC, BEARING NEVADA LICENSE PLATE 159U31 AND/OR VEHICLE IDENTIFICATION NUMBER (VIN) 1HGES16652L077256 |
| 2:23-mj-00426-DJA | IN THE MATTER OF THE USE OF A CELL-SITE SUMULATOR TO IDENTIFY THE CELLULAR DEVICES USED BY ASTOLFO MENDOZA-QUINTANA |

| Case Number | In the Matter of: |
|---|---|
| 2:23-mj-00612-EJY | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL CITE INFORMATION ON CELLULAR TELEPHONE NUMBER 702-504-4753 |
| 2:23-mj-00622-EJY | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER 702-504-4753 |
| 2:23-mj-00633-EJY | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER 725-293-2818 |
| 2:23-mj-703-BNW | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER (626) 376-8787 |

IT IS SO ORDERED:

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED:  December 18, 2023